Núm. 9135.—Pueblo, apldo. v. García, aplte.—C. D. San Juan. Marzo 25, 1942.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, Pablo García apela de la sentencia que le impuso la Corte de Distrito de San Juan por violación a la orden final dictada. por la Comisión de Servicio Público, de 4 de enero de 1938, por actuar como porteador público en la ruta servida por la White Star Bus Line entre San Juan y Santurce;

Por cuanto, como fundamentos de su recurso el apelante alega. (1) que dicha orden final es anticonstitucional y *ultra vires*, y (2) que la corte inferior erró al apreciar la prueba;

Por cuanto, la validez y constitucionalidad de esta misma orden final fué sostenida tanto por esta´ Corte Suprema en el caso de Pueblo v. *Ortiz*, 56 D.P.R. 27, como por la Corte de Circuito de Apelaciones para el Primer Circuito en el de *Ortiz* v. *Public Service Commission of Puerto Rico*, 108 F. (2d) 815; y la argumentación que hace el apelante tampoco podría prevalecer en su favor, primero, porque no la planteó ante la corte inferior y sí por primera vez en apelación, 24 C. J. S., sección 1676; y segundo, porque a él se le acusó como porteador público y en ningún momento reclamó que su vehículo funcionaba como un taxímetro en San Juan;

Por cuanto, hemos examinado la transcripción de evidencia y somos de opinión que la prueba de cargo presentada es suficiente para justificar la sentencia de acuerdo con lo resuelto en el caso de Pueblo v. *Rodríguez*, 50 D.P.R. 182,

Por tanto, se desestima el recurso y confirma la sentencia apelada.
El Juez Asociado Sr. Travieso no intervino.